1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES SANFORD, | Case No. CIV.S-03-2399 DFL DAD |
|---|---|
| Plaintiff, | |
| v. | |
| JO-ANN STORES INC. DBA JO-ANN FABRICS AND CRAFTS; MARCO INVESTMENTS CO., et al., | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff, JAMES
3  SANFORD, and defendants, JO-ANN STORES INC. DBA JO-ANN FABRICS AND
4  CRAFTS; MARCO INVESTMENTS CO., the parties hereby request that all parties be
5  dismissed with prejudice from the above-entitled action.

| | |
|---|---|
| Dated: April 7, 2005 | LAW OFFICES OF LYNN HUBBARD, III |
| | ___/s/ Lynn Hubbard_____<br>LYNN HUBBARD, III<br>Attorney for Plaintiff |
| Dated: June 10, 2005 | BROWN WINFIELD & CANZONERI |
| | ___*signature on file*_____<br>ADRIAN GUERRA<br>Attorney for Defendant JO-ANN STORES INC.<br>DBA JO-ANN FABRICS AND CRAFTS |
| DATED: June 10, 2005 | BOLLING WALTER & GAWTHROP |
| | *signature on file*_____<br>DAVID WALLIS<br>Attorney for Defendant MARCO INVESTMENT CO. |

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S. 03-2399 DFL DAD, is hereby dismissed with prejudice.

Dated: 6/17/2005                    /s/ David F. Levi_____
                                    United States District Court Judge